The following constitutes the order of the court.
Signed June 25, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Troy Douglas Jacquez,<br>Charlene Rose Jacquez,<br><br>　　　　　　　　Debtors. | Case No. 11-42822<br>Chapter 13<br><br>Adversary No. 13-04091 |
| Troy Douglas Jacquez,<br>Charlene Rose Jacquez,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Wells Fargo Bank, N.A.,<br>HSBC Bank USA, N.A., et al.,<br><br>　　　　　　　　Defendants. | |

**MEMORANDUM REGARDING PLAINTIFFS' COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON DEFENDANTS' MOTION TO DISMISS**

On June 24, 2013, Plaintiffs' Counsel in the above-captioned adversary proceeding requested leave to appear telephonically at the Hearing on Defendants' Motion to Dismiss and Status Conference to be held on June 26, 2013 at 10:30AM.

It is the Court's practice regularly to permit counsel to appear telephonically in order to promote the most cost-effective representation possible. This indulgence is not intended,

however, and should not be deemed to be the Court's indication that a telephonic appearance is either the most appropriate or the most rhetorically effective means of presenting a party's argument in any particular proceeding. And without seeking to intrude upon candid discussions between attorney and client regarding whether effective advocacy is advanced by in-person or telephonic appearance at a hearing on a case-dispositive motion, the Court trusts that Counsel has advised his clients of his intention to appear telephonically and that the clients have approved that procedure in this instance.

**\*\*END OF MEMORANDUM\*\***

## Court Service List

Joel M. Feinstein
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, # 213
Irvine, CA 92612

Charlene Rose Jacquez
Troy Douglas Jacquez
130 Ridge Crest Ct.
Oakley, CA 94561

Kimberly Ann Paese
Severson & Werson
1 Embacadero Center #2600
San Francisco, CA 94111